IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawai`i nonprofit corporation, by its Board of Directors,<br><br>Plaintiffs,<br><br>vs.<br><br>JOEL LEE TAYLOR,<br><br>Defendant. | CIVIL NO. _____<br><br>Declaratory Judgment<br><br>**DEMAND FOR TRIAL BY JURY** |

## DEMAND FOR TRIAL BY JURY

COMES NOW Plaintiff ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, by its Board of Directors and through its attorneys Ekimoto & Morris, LLLC, and herby demands a trial in the above-entitled action on all issues.

Dated: Honolulu, Hawaii, _____December 12, 2011_____.

_____
RICHARD EKIMOTO
JOHN A. MORRIS
DAN C. OYASATO
Attorneys for Plaintiff
ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDNES AT WAIKIKI

1