HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI<br>*Plaintiff*<br>v.<br>JOEL LEE TAYLOR<br>*Defendant* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOEL LEE TAYLOR
300 Wai Nani Way, #1019
Honolulu, Hawaii 96815

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD EKIMOTO, JOHN A. MORRIS
DAN C. OYASATO
Ekimoto & Morris, LLLC
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813
Attorneys for Plaintiff AOAO Liliuokalani Gardens at Waikiki

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
*CLERK OF COURT*

Date: DEC 12 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JOEL LEE TAYLOR

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* LEBA KAUFMANN, ESQ. of the Legal Aid Society of Hawaii, counsel for Defendant Joel Lee Taylor, who has been specifically designated by Defendant Joel Lee Taylor to receive service on his behalf, at: 924 Bethel Street
Honolulu, Hawaii 96813

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

RICHARD K. MITCHELL
*Printed name and title*

1050 Bishop Street, Box 512
Honolulu, Hawaii 96813

*Server's address*

Additional information regarding attempted service, etc: