```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI002034
Cashier ID: lg
Transaction Date: 12/12/2011
Payer Name: Ekimoto Morris

CIVIL FILING FEE
  For: Ekimoto Morris
  Case/Party: D-HIX-1-11-CV-000751-001
  Amount:         $350.00

CHECK
  Remitter: Ekimoto Morris
  Check/Money Order Num: 15169
  Amt Tendered:  $350.00

Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

CV 11-00751LEK-BMK

A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```