ORIGINAL

RICHARD S. EKIMOTO     3827-0
JOHN A. MORRIS          3732-0
DAN C. OYASATO        4834-0
Ekimoto & Morris LLLC
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813
Tel. No.: (808) 523-0702
E-mail: rekimoto@hawaiicondolaw.com
         jmorris@hawaiicondolaw.com
         doyasato@hawaiicondolaw.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 13 2011

at _____ o'clock and _____ min. ___ M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
ASSOCIATION OF APARTMENT
OWNERS OF LILIUOKALANI
GARDENS AT WAIKIKI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawaiʻi nonprofit corporation, by its Board of Directors,<br><br>         Plaintiffs,<br><br>    vs.<br><br>JOEL LEE TAYLOR,<br><br>         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 11-0751LEK-BMK<br><br>Declaratory Judgment<br><br>**DISCLOSURE STATEMENT OF ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI; CERTIFICATE OF SERVICE** |

## DISCLOSURE STATEMENT OF ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI

Plaintiff ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI ("Plaintiff"), by its Board of Directors and through its attorneys Ekimoto and Morris, a limited liability law company, hereby files its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Plaintiff has no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: Honolulu, Hawaii, _____ December 13, 2011 _____.

RICHARD EKIMOTO
JOHN A. MORRIS
DAN C. OYASATO
Attorneys for Plaintiff
ASSOCIATION OF APARTMENT
OWNERS OF LILIUOKALANI
GARDNES AT WAIKIKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawai`i nonprofit corporation, by its Board of Directors, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 11-0751LEK-BMK<br><br>Declaratory Judgment<br><br>**CERTIFICATE OF SERVICE** |
| Plaintiffs, | | |
| vs. | | |
| JOEL LEE TAYLOR, | | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the below-identified party at her last-known address by depositing same in the United States mail, first class postage prepaid on or about the date of filing.

LEBA KAUFMANN, ESQ.
Legal Aid Society of Hawaii
924 Bethel Street
Honolulu, Hawaii 96813

Counsel for Defendant
JOEL LEE TAYLOR

Dated:  Honolulu, Hawaii,  _____December 13, 2011_____.

_____
RICHARD EKIMOTO
JOHN A. MORRIS
DAN C. OYASATO
Attorneys for Plaintiff
ASSOCIATION OF APARTMENT
OWNERS OF LILIUOKALANI
GARDNES AT WAIKIKI

2