LEGAL AID SOCIETY OF HAWAII

LEBA KAUFMANN              9313-0
924 Bethel Street
Honolulu, Hawaii 96814
Telephone: (808) 527-8083
Facsimile: (808) 527-8088
Email: lekaufm@lashaw.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawai'i nonprofit corporation, by its Board of Directors,<br><br>Plaintiff,<br>v.<br><br>JOEL LEE TAYLOR,<br><br>Defendant. | CIVIL NO. CV 11-00751-LEK-BMK<br><br>DEFENDANT JOEL LEE TAYLOR'S MOTION TO ADMIT CHRISTOPHER BRANCART TO PRACTICE *PRO HAC VICE*; DECLARATION OF LEBA KAUFMANN; DECLARATION OF CHRISTOPHER BRANCART; CERTIFICATE OF SERVICE |

**DEFENDANT JOEL LEE TAYLOR'S MOTION TO ADMIT CHRISTOPHER BRANCART TO PRACTICE *PRO HAC VICE***

Comes now the Legal Aid Society of Hawai'i, counsel representing Defendant JOEL LEE TAYLOR hereby moves this Court for an order permitting Christopher Brancart, Esq. of the Brancart & Brancart law firm located in Loma Mar, California, to appear and be associated as co-

counsel on behalf of JOEL LEE TAYLOR in the above-entitled action. Mr. Brancart is a member in good standing and is licensed and entitled to practice law in all of the Courts of the State of California. Mr. Brancart has extensive experience and would provide valuable assistance to local counsel.

Defendant brings this motion pursuant to Rule 83.1 of the Local Rules of Practice for the United States District Court for the District of Hawai'i. This motion is based upon the attached declarations.

DATED: Honolulu, Hawaii, 2/3/2012 .

_____
LEBA KAUFMANN
Attorney for Defendant