LEGAL AID SOCIETY OF HAWAII

LEBA KAUFMANN          9313-0
924 Bethel Street
Honolulu, Hawaii 96814
Telephone: (808) 527-8083
Facsimile: (808) 527-8088
Email: lekaufm@lashaw.org

Attorney for Defendant
JOEL LEE TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawai'i nonprofit corporation, by its Board of Directors,<br><br>          Plaintiff,<br>     v.<br><br>JOEL LEE TAYLOR,<br><br>          Defendant. | CIVIL NO. CV 11-00751-LEK-BMK<br><br>[RE: DEFENDANT JOEL LEE TAYLOR'S MOTION TO ADMIT CHIRSTOPHER BRANCART TO PRACTICE PRO HAC VICE; DECLARATION OF LEBA KAUFMANNN; DECLARATION OF CHRISTOPHER BRANCART] |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2012, a copy of the foregoing document was duly served upon the following individuals by electronic mail or by regular mail, addressed as follows:

>Richard S. Ekimoto
John A. Morris
Ekimoto & Morris LLLC
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813

and

Dan C. Oyasato
doyasato@hawaiicondolaw.com

Attorneys for Plaintiff
ASSOCIATION of APARTMENT
OWNERS of LILIUOKALANI
GARDENS AT WAIKIKI

DATED: Honolulu, Hawaii, February 3, 2012.

/s/ Leba Kaufmann
LEBA T. KAUFMANN

Attorney for Defendant,
JOEL LEE TAYLOR

Case 1:11-cv-00751-LEK-BMK   Document 9   Filed 02/03/12   Page 3 of 3     PageID #: 53