```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI002617
Cashier ID: es
Transaction Date: 02/06/2012
Payer Name: CLERK, U.S. DISTRICT COURT

PRO HAC VICE
 For: CLERK, U.S. DISTRICT COURT
 Case/Party: D-HIX-1-11-PH-000111-001
 Amount:          $300.00

CHECK
 Remitter: BRANCART AND BRANCART
 Check/Money Order Num: 8286
 Amt Tendered:   $300.00

Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00
```

PRO HAC VICE   CV 11-751 LEK

CHRISTOPHER BRANCART

A FEE OF $53.00 WILL BE CHARGED FOR ANY RETURNED CHECK.