IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawai'i nonprofit corporation, by its Board of Directors,<br><br>              Plaintiff,<br>v.<br><br>JOEL LEE TAYLOR,<br><br>              Defendant. | CIVIL NO. CV 11 00751 LEK BMK<br><br>DEFENDANT JOEL LEE TAYLOR'S MOTION TO ADMIT CHRISTOPHER BRANCART TO PRACTICE *PRO HAC VICE*; DECLARATION OF LEBA KAUFMANN; DECLARATION OF CHRISTOPHER BRANCART; CERTIFICATE OF SERVICE |

## DECLARATION OF CHRISTOPHER BRANCART

1. I am a partner with the law firm Brancart & Brancart, located at 8205 Pescadero Road, Loma Mar, California 94021. I am duly authorized to make this declaration based upon my personal knowledge.

2. I reside in Pescadero, California, and do not reside or maintain an address within the State of Hawai'i.

3. I am an active member in good standing of the Bar of the State of California, and was admitted to such bar in 1986. As of that same year, I was admitted to practice law before all U.S. District Courts of California, and the Ninth Circuit Court of Appeals. I also have been admitted to practice in Maine in 1986,

North Dakota in 2001, and Nevada in 2004. I was admitted to the US Supreme Court bar in 2002. I am a member in good standing in each of those courts.

    4.    No disciplinary or grievance proceedings have been filed against me through any Court or administrative body. I have not been denied admission *pro hac vice* by any court or administrative body. I have not been the subject of a criminal investigation or prosecution or conviction in any court.

    5.    I have never made *pro hac vice* application to this Court.

    6.    I am not a resident of the State of Hawai'i, regularly employed in Hawai'i, nor regularly engaged in any business or professional activities in Hawai'i.

    7.    I will abide by the Hawai'i Rules of Professional Conduct, the Local Rules of Practice for the United States District Court for the District of Hawai'i, and all other laws of this Court and its jurisdiction.

    8.    I will abide by local custom and practice and will also abide by the guidelines of professional courtesy and civility adopted by the Hawai'i State Bar Association.

    9.    Leba Kaufmann, Esq., an attorney at Legal Aid, who is also a member of the bar of this Court, will have authority and responsibility to act as attorneys of record for all purposes.

    10.    I am experienced in civil rights and fair housing law.

11. I respectfully request that this Court grant me admission *pro hac vice* to the United States District Court for the District of Hawai'i, for purposes of this lawsuit.

12. This application is accompanied by the applicable fee presented to the Court Clerk.

This declaration is made under penalty of perjury.

DATED: Loma Mar, California, ~~December 16, 2011.~~ 2-12-12

Christopher Brancart