LEGAL AID SOCIETY OF HAWAII

LEBA KAUFMANN           9313-0
924 Bethel Street
Honolulu, Hawaii 96814
Telephone: (808) 527-8083
Facsimile: (808) 527-8088
Email: lekaufm@lashaw.org

Attorney for Defendant
JOEL LEE TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawaiʻi nonprofit corporation, by its Board of Directors,<br><br>            Plaintiff,<br>   v.<br><br>JOEL LEE TAYLOR,<br><br>            Defendant. | CIVIL NO. CV 11-00751-LEK-BMK<br><br>[RE: AMENDED DECLARATION OF CHRISTOPHER BRANCART] |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2012, a copy of the foregoing document was duly served upon the following individuals by electronic mail and by regular mail, addressed as follows:

      Richard S. Ekimoto
      John A. Morris
      Dan C. Oyasato
      Ekimoto & Morris LLLC
      1001 Bishop Street, Suite 780

       Honolulu, Hawaii 96813
       doyasato@hawaiicondolaw.com

       Attorneys for Plaintiff
       ASSOCIATION of APARTMENT
       OWNERS of LILIUOKALANI
       GARDENS AT WAIKIKI

DATED: Honolulu, Hawaii, February 17, 2012.

                                /s/ Leba Kaufmann
                                LEBA T. KAUFMANN

                                Attorney for Defendant,
                                JOEL LEE TAYLOR

Case 1:11-cv-00751-LEK-BMK   Document 14   Filed 02/17/12   Page 3 of 3     PageID #: 63