# MINUTES

CASE NUMBER:      CV NO. 11-00751 LEK-BMK

CASE NAME:        AOAO Liliuokalani Gardens at Waikiki v. Joel Lee Taylor

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren            REPORTER:

DATE:     2/23/2012                  TIME:

COURT ACTION:  EO: "MINUTE ORDER"

Defendant's [8] Motion for Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Submitted by kur1, law clerk.