IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

| | |
|---|---|
| ASSOCIATION OF APARTMENT OWNERS) OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawai'i nonprofit corporation, by its Board of directors,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL LEE TAYLOR,<br><br>Defendant.<br>_____<br>JOEL LEE TAYLOR,<br><br>Counterclaimant,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI, a Hawai'I nonprofit corporation, by its Board of directors,<br><br>Counterdefendant.<br>_____ | CIVIL NO.  11-00751-LEK-BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this date a true and correct copy of AMEMDED ANSWER OF ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS TO COUNTERCLAIM FILED BY DEFENDANT JOEL LEE TAYLOR upon the following parties, by way of electronic mail via CM/EC, on the date stated below:

29369/1/1387905.1

Leba Kaufman, Esq.　　　　　　　　　　　　lekafm@lashaw.org
**LEGAL AID SOCIETY OF HAWAII**
924 Bethel Street
Honolulu, Hawaii 96814

Attorney for Defendant
JOEL LEE TAYLOR

Richard S. Ekimoto, Esq.　　　　　　　　　rekimoto@hawaiicondolaw.com
John A. Morris, Esq.　　　　　　　　　　　jmorris@hawaiicondolaw.com
Dan C. Oyasato, Esq.　　　　　　　　　　　doyasato@hawaiicondolaw.com
**EKIMOTO & MORRIS, LLC**
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813

Attorneys for Plaintiff
ASSOCIATION OF APARTMENT
OWNERS OF LILIUOKALANI
GARDENS AT WAIKIKI

DATED:　　　Honolulu, Hawaii, February 23, 2012.

　　　　　　　　　　　　　　　　　　　_____/s/ Michael R. Marsh_____
　　　　　　　　　　　　　　　　　　　MICHAEL R. MARSH
　　　　　　　　　　　　　　　　　　　JOHN D. ZALEWSKI
　　　　　　　　　　　　　　　　　　　Attorneys for Counterclaim Defendant
　　　　　　　　　　　　　　　　　　　**ASSOCIATION OF APARTMENT OWNERS OF LILIUOKALANI GARDENS AT WAIKIKI**